IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND P. IDLEMAN,

    Petitioner,                         No. CIV S - 02-2211 FCD GGH P

    vs.

TOM L. CASEY, Warden, et al.,

    Respondents.                      ORDER

_____/

        Petitioner's case has been stayed since June 16, 2003. The June 16, 2003 order adopted this court's April 16, 2003 Findings and Recommendations recommending a stay of petitioner's second amended petition pending exhaustion. In the order, petitioner was "directed to file a third amended petition containing all of his claims immediately upon exhaustion of his unexhausted claims in the highest state court." Order, filed on June 16, 2003, p. 2.

        The court has no record of petitioner having filed a third amended petition and this action has remained stayed for two years at this point. Petitioner is now directed to show cause, within 30 days, why he has failed to file a third amended petition, showing proof of exhaustion of his unexhausted claims and incorporating all exhausted claims, within a reasonable amount of time. See Rhines v. Weber, ___ U.S. ___, 125 S. Ct. 1528, 1535 (2005) ("[e]ven where stay and abeyance is appropriate, the district court's discretion in structuring the stay is

1

1  limited by the timeliness concerns reflected in AEDPA"). Petitioner is also directed to show
2  cause why the stay imposed in this matter should not be lifted and why, thereafter, this action
3  should not either be dismissed for petitioner's failure to file a third amended petition within a
4  reasonable period of time or why the matter should not simply proceed upon the claims filed in
5  the second amended petition.
6        IT IS SO ORDERED.
7  DATED: 7/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
idle2211.osc