IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND P. IDLEMAN,

    Petitioner,        No. CIV S-02-2211 FCD GGH P

  vs.

TOM L. CAREY, Warden, et al.,

    Respondents.      <u>ORDER</u>

                            /

        Petitioner has requested an extension of time to file a response to the court's July 14, 2005 order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 9, 2005 request for an extension of time is granted; and

        2. Petitioner is granted until September 16, 2005 in which to file a response to the court's July 14, 2005 order to show cause.

DATED: 8/16/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kf
idel2211.111