IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND P. IDLEMAN,

    Petitioner,        No. CIV S-02-2211 FCD GGH P

  vs.

TOM L. CAREY, Warden, et al.,

    Respondents.      ORDER

_____/

      The stay in this matter was lifted by order filed on June 14, 2006, adopting the January 9, 2006, Findings and Recommendations, and this matter proceeds on the second amended petition, filed on April 2, 2003.

      Accordingly, IT IS ORDERED that:

      1. Respondents are directed to file a response to petitioner's second amended habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

      2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

      3. If the response to the habeas petition is a motion, petitioner's opposition or

1  statement of non-opposition to the motion shall be filed and served within thirty days after
2  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
3  thereafter.
4  DATED: 7/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES DISTRICT JUDGE

GGH:009
idle2211.rsp