IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND P. IDLEMAN,** | CIV S-02-2211 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM L. CAREY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED.  Respondent's response is due on September 26, 2006.

Dated: 8/30/06            /s/ Gregory G. Hollows
            _____
            The Honorable Gregory G. Hollows

idle2211.po

[Proposed] Order

1